Order issued January 9 , 2013

000066



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01608-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, ET AL., Appellee**

## ORDER

We **GRANT** appellant's December 28, 2012 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellant on November 29, 2012 is deemed timely for jurisdictional purposes.

We **DENY** appellee's December 14, 2012 motion to dismiss the appeal.

CAROLYN WRIGHT
CHIEF JUSTICE